Judge Leighton

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BETTER WAY FOR BPA,<br><br>                          Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF ENERGY<br>BONNEVILLE POWER ADMINISTRATION,<br><br>                          Defendant. | NO.  C15-05896RBL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>(Rule 41(a)(1)(A)((ii), F.R.Civ.P.) |

      WHEREAS on July 17, 2018, the Court of Appeals issued its mandate in this action; and

      WHEREAS the parties, by separate agreement, have resolved all remaining disputes between them in the action, namely, attorney's fees, expenses and costs;

      NOW THEREFORE, the parties, through their respective attorneys of record, do hereby stipulate and agree that this action shall be dismissed with prejudice pursuant to

///

///

///

///

///

///

///

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1
(Case No. C15-05896RBL)

1  Rule 41(a)(1)(A)((ii), F.R.Civ.P.

2  SO STIPULATED.

3  Dated this 26th day of September, 2018.

4  BRICKLIN & NEWMAN, LLP

6
7  By:   */s/ David A. Bricklin*
        */s/ Jacob Brooks*
8       David A. Bricklin, WSBA No. 7583
        Jacob Brooks, WSBA No. 48720
9       Bricklin & Newman, LLP
        1424 Fourth Avenue, Suite 500
10      Seattle, WA  98101
        Telephone: (206) 264-8600
11      Facsimile: (206) 264-9300
        bricklin@bnd-law.com
        brooks@bnd-law.com
12
        Attorneys for Plaintiff
13

14  SO STIPULATED.
15
    Dated this 26th day of September, 2018.
16
        ANNETTE L. HAYES
17      United States Attorney

18
19  By:   */s/ Brian C. Kipnis*
        BRIAN C. KIPNIS
20      Assistant United States Attorney
        Office of the United States Attorney for the
21       Western District of Washington
        5220 United States Courthouse
22      700 Stewart Street
        Seattle, WA 98101-1271
23      Phone: 206-553-7970
        brian.kipnis@usdoj.gov
24
        Attorneys for Defendant

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2
(Case No. C15-05896RBL)